In the Matter of the Application of EDWARD J. WEISHAR, Respondent, against WILLIAM GORHAM RICE and Another, as Members of the Civil Service Commission of the State of New York, Appellants.— Order affirmed, with costs. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; Crapser, J., dissents and votes to reverse the order appealed from.

CLARENCE J. PLANCK, as Trustee in Bankruptcy of CHESTER L. HORTON and Others, Individually and as Copartners, Doing Business under the Firm Name and Style of NORTHSIDE PROVISION COMPANY, Bankrupt, Respondent, v. JOSEPH D. TEDESCHI, Appellant.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. FRED W. OGDEN, Respondent, and Another.— Order reversed. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

MONTY THEODORE, Respondent, v. WILLIAM GREEN, JR., and LEO SCHRINER, Appellants, Impleaded with Another. MONTY THEODORE, Appellant, v. JAMES L. WILSON, Respondent, Impleaded with Others.— Judgments and orders unanimously affirmed, with costs to the plaintiff against appellants Green and Schriner, and with costs to respondent Wilson against plaintiff. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

GORDON TALBOT, Respondent, v. THOMAS C. BROWN COMPANY, INC., Appellant.* — Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

* Affd., 263 N. Y. 597.